*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JODENE LARUE

vs.                              No.  3:08CV00156  SWW

STAFFMARK

## ORDER

The Initial Scheduling Order filed in this matter on December 11, 2008, directed the parties to file their Rule 26(f) report by February 11, 2009.  The report has not been filed. Therefore, the parties are directed to file their Rule 26(f) report no later than April 29, 2009.[1]

IT IS SO ORDERED this 1st day of April 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court attempted to contact counsel by e-mail on March 20, 2009 to remind them that the report was due but received no response from the parties.