IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JODENE LARUE, | * |
| Plaintiff, | * |
| VS. | *   NO: 3:08CV00156 SWW |
| STAFFMARK, | * |
| Defendant. | * |

**Order**

Before the Court is defendant's motion to dismiss [docket entry 21] to which plaintiff responded *pro se* [docket entry 25]. Plaintiff now is represented by appointed counsel. The Court hereby directs plaintiff to file any supplemental response to the motion to dismiss within fifteen (15) days from the date of entry of this Order.

SO ORDERED this 8th day of April 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

1