IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| JODENE LARUE, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 3:08CV00156  SWW |
| STAFFMARK, | * | |
| Defendant. | * | |

**Order of Dismissal**

Upon the joint motion to dismiss this action, stating that this matter has been settled,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

SO ORDERED this 31st day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE