IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| | * | |
| JODENE LARUE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 3:08CV00156   SWW |
| | * | |
| STAFFMARK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**Order**

Pending before the Court is the Application filed on July 16, 2009, by Sam Gibson for the

reimbursement of out-of-pocket expenses.  Having considered the application pursuant to the

guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse

money from the Library Fund in the amount of Four Hundred Eighty Dollars and Ninety Cents

($480.90) and distribute it to the named applicant.  A copy of this Order, together with the

application, shall be placed in the Library Fund file maintained by the Clerk of the Court..

IT IS SO ORDERED this 31st day of July, 2009.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE